**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY EUGENE HOLMES,<br><br>             Petitioner,<br><br>     v.<br><br>S. FRAUENHEIM, Warden,<br><br>             Respondent. | Case No. SACV 14-1591 GHK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action with prejudice.
3
4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner and counsel for
6    Respondent.
7
8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10   Dated:    6/24/15
11                                    _____
                                      GEORGE H. KING
12                                    UNITED STATES DISTRICT JUDGE

2