**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STANLEY EUGENE HOLMES,

           Petitioner,

   v.

S. FRAUENHEIM, Warden,

           Respondent.

Case No. SACV 14-1591 GHK (SS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/24/15

GEORGE H. KING
UNITED STATES DISTRICT JUDGE